UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 23-05268-SK                                                                 Date: July 26, 2023

Title   Inomed Techonologies Inc. v. UCLA Health et al

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: REQUIRED COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS**

Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **August 2, 2023**, why this action should not be dismissed for lack of prosecution. The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:

The Clerk of Court issued a Notice to Counsel Re: Copyright, Patent, and Trademark Reporting Requirements on July 6, 2023. (ECF 3). To date, counsel has failed to comply with the reporting requirements. The required form(s) must be properly e-filed on or before August 2, 2023, or the Court may dismiss this action for failure to obey the Court's order.

No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.