UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 23-05268-SK                                                           Date: November 9, 2023

Title        Inomed Techonologies Inc. v. UCLA Health et al

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None present | None present |

**Proceedings:**        (IN CHAMBERS) **FINAL ORDER TO SHOW CAUSE**

On August 2, 2023, plaintiff informed the court that it needed until October 2 to serve the complaint in this case while it attempted to settle the dispute with defendants. (ECF 9).  When that date passed, the court ordered plaintiff on October 10 to show cause in writing by October 24 why this case should not be dismissed for lack of prosecution based on failure to provide proof of timely service.  (ECF 13).  As of this order, however, the court has received no response to its show-cause order.  Plaintiff is thus ordered to show cause in writing one last time why this action should not be dismissed for lack of timely service.  Plaintiff may discharge this order by filing proof of service of the complaint by no later than **November 30, 2023**.  If plaintiff files no such proof of service or other adequate response to this order by that deadline, this action will be dismissed involuntarily for failure to prosecute and obey court orders with no further notice.

IT IS SO ORDERED.