UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

Case No.   CV 23-05268-SK                                               Date: January 2, 2024

Title     Inomed Techonologies Inc. v. UCLA Health et al

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER DISMISSING COMPLAINT**

On November 9, 2023, the Court issued a Final Order to Show Cause why this case should not be dismissed for lack of prosecution. (ECF 14). A response to the Final Order to Show Cause was ordered to be filed no later than **November 30, 2023**. No timely response having been filed to the Court's Order to Show Cause, IT IS ORDERED AND ADJUDGED that the complaint (ECF 1) is dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court. *See* L.R. 41.

IT IS SO ORDERED.